UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
DAN MCGUIRE,

Plaintiff,

-against-

MIDLAND CREDIT MANAGEMENT, INC., SELIP & STYLIANOU, LLP, CITIBANK, N.A. and SYNCHRONY BANK,

Defendants.
---------------------------------------------------X

Case No. 1:26-cv-1367 (AMN)(DJS)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the Declaration of Adam M. Marshall, dated October 9, 2026, the exhibits attached thereto, the accompanying Memorandum of Law, and upon the pleadings and proceedings had herein, Defendant Selip & Stylianou, LLP ("S&S") will move this Court, before the Honorable Anne M. Nardacci, at the United States Courthouse for the Northern District of New York located at 445 Broadway, Albany, NY 12207, for an Order:

a. Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), dismissing Plaintiff's First Amended Complaint as against S&S; and

b. Granting S&S such other and further relief as the Court deems just.

Dated: Woodbury, New York
October 9, 2026

**KAUFMAN DOLOWICH LLP**

By: /s/ Adam M. Marshall
Brett A. Scher, Esq.
Adam M. Marshall, Esq.
*Attorneys for Defendant*
*Selip & Stylianou, LLP*
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

To: All Counsel via ECF